NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3320

EUWAN Y.A. GODFREY,

Petitioner,

v.

DEPARTMENT OF TRANSPORTATION,

Respondent.

Petition for review of the Merit Systems Protection Board in PH3443070135-I-1.

ON MOTION

## O R D E R

Counsel for Euwan Y.A. Godfrey moves for leave to withdraw as counsel and requests an extension of time for Godfrey to obtain new counsel. The court treats the Department of Transportation's motion to stay proceedings as a motion for an extension of time to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion for leave to withdraw as counsel is granted.

(2)     The motions for extensions of time are granted. The Department's brief is due within 40 days of the date of filing of this order. If new counsel enters an appearance on behalf of Godfrey, then Godfrey's reply brief will be due within 30 days of service of the Department's brief. If no counsel enters an appearance on behalf of

Godfrey, then Godfrey will proceed pro se and any reply brief will be due within 30 days of the date of service of the Department's brief.

FOR THE COURT

**MAR 11 2009**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert F. Stone, Esq.*
Tara K. Hogan, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 1 2009

JAN HORBALY
CLERK

_____
*      The court requests that Stone provide a copy of this order to Godfrey and provide this court with Godfrey's mailing address, so that Godfrey may receive documents from this court until new counsel enters an appearance.